UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLESSTO BAUGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMICK BROWN, LLC, *et al*.,<br><br>　　　　　Defendants. | Case No. 20-cv-00809-SI<br><br>**ORDER GRANTING UNOPPOSED MOTION TO REMAND TO SUPERIOR COURT FOR CONTRA COSTA COUNTY**<br><br>Re: Dkt. No. 9 |

Plaintiff's motion for remand is scheduled for a hearing on March 27, 2020. Plaintiff moved for remand on the ground that removal was improper because the removing defendant, Amick Brown, LLC, is a citizen of California. On March 5, 2020, defendant Amick Brown filed a notice of non-opposition to the motion for remand.

Accordingly, the Court GRANTS plaintiff's motion and REMANDS this case to the Superior Court for the County of Contra Costa.

**IT IS SO ORDERED**.

Dated: March 16, 2020

　　　　　　　　　　　　　　　　　　　　　　　
SUSAN ILLSTON
United States District Judge